Arthur L. Dukes, *pro se.*
Arthur K. Bolton, *Attorney General,* for appellee.

## 29048. WINFORD v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur. Gunter, J. concurs in the judgment only.*

DECIDED SEPTEMBER 4, 1974.

Curtis Preston Winford, *pro se.*
Arthur K. Bolton, *Attorney General,* for appellee.

## 29065. JONES v. HOPPER.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED SEPTEMBER 4, 1974.

George Charles Jones, *pro se.*
Arthur K. Bolton, *Attorney General,* for appellee.

## 29067. LARRY v. BROWN.

This case is remanded to the trial court with direction.

*Remanded with direction. All the Justices concur.*

DECIDED SEPTEMBER 4, 1974.

Raymond Larry, *pro se.*